AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
## District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 3:25-cr-051 (SCC) |
| Orlando Carmona-Serrano | ) |
| | ) |
| Defendant | ) |

*RECEIVED & FILED CLERK'S OFFICE FEB - 5 2025 US DISTRICT COURT SAN JUAN, PR*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/5/2025

_____
Defendant's signature

_____
Signature of defendant's attorney

Laura Maldonado-Rodriguez
Printed name of defendant's attorney

_____
Judge's signature

Hon. Silvia Carreño-Coll
Judge's printed name and title